UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID FLEMING, )<br>)<br>        Plaintiff )<br>)<br>v. )<br>)<br>CORRECTIONAL MEDICAL SERVICES, )<br>et al., )<br>)<br>        Defendants ) | Civil No. 08-53-B-W |

**O R D E R**

David Fleming, an incarcerated individual at the Maine State Prison, has filed a complaint with this court alleging that he is in "imminent danger of serious physical harm" and requesting that he be relieved of paying filing fees associated with this complaint. I conclude that Fleming has made this request in order to avoid the strictures of 28 U.S.C. § 1915(g) which would normally prohibit him from proceeding in forma pauperis because he has on three or more prior occasions brought an action in this court that was dismissed on the grounds that it is frivolous, malicious or fails to state a claim upon which relief may be granted.

A cursory review of the docket of this court reveals that between 1993 and 2002 Fleming filed approximately fifteen actions in this court. However, a review of this complaint does allege a serious medical need and the deliberate indifference of the correctional authorities to that medical need. Fleming alleges that he has been unable to eat for over six days because of excessive bleeding in his mouth and that he has been placed in administrative segregation and denied all treatment for this excessive bleeding. Fleming believes the continued denial of medical treatment has become life threatening.

I now grant Fleming leave to proceed in forma pauperis in this case, subject to the requirement that he complete an application to do so.  See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in addition to filing the affidavit...shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint ... obtained from the appropriate official of each prison at which [he] is or was confined") (emphasis added).

The Clerk is hereby directed to forward a form Application to Proceed In Forma Pauperis, incorporating the amendments, to the Plaintiff.  Plaintiff is hereby ORDERED to file the Application to Proceed In Forma Pauperis, or pay the filing fee of $350, no later than March 12, 2008, failing which I will issue a recommendation that this matter be dismissed for lack of prosecution.

I will now conditionally grant Fleming's request that service of the complaint be made by the U.S. Marshal.  The clerk will prepare service of process documents for Correctional Medical Services, Teresa Kestloot, and John Doe dentist, (the currently named defendants) after receipt of the necessary information, but the service of process documents will not issue until Fleming returns his completed IFP application and provides the court, if possible, with the name of the John Doe dentist in order to aid the U.S. Marshal in making service upon the appropriate individual.  Furthermore, in order for service to be made on Teresa Kestloot, Fleming will have to amend his complaint to explain what role she has in this case.  The complaint, as presently drafted, utterly and completely fails to state a claim against Teresa Kestloot and I will recommend summary dismissal of her as a defendant if the complaint is not amended to include nonfrivolous allegations against her.

*SO ORDERED*

February 20, 2008

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge